1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Nicolas Ramirez-Moreno

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM McCURINE, JR.)**

11  UNITED STATES OF AMERICA,         )   Case No. 08MJ0488
                                      )
12              Plaintiff,            )
                                      )
13  v.                                )   **CERTIFICATE OF SERVICE**
                                      )
14  NICOLAS RAMIREZ-MORENO,           )
                                      )
15              Defendant.            )
    _____ )
16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                           U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                      Respectfully submitted,

22

23  DATED:      February 21, 2008        /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Nicolas Ramirez-Moreno
25

26

27

28