**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs.    NICOLAS RAMIREZ-MORENO                    No.    08CR0784-L

HON.    Louisa S. Porter                    Tape No.    POR08-02-14:05-14:08 (1 min this case)

Asst. U.S. Attorney    Fred Sheppard                    PTSO    Kim Hilton

|       |                      |   |     |     |     |                        | #   | Status |
|-------|----------------------|---|-----|-----|-----|------------------------|-----|--------|
| Atty  | Gregory Murphy FD    | X | Apt |     | Ret | for Nicolas Ramirez-Moreno | (1) | (C)    |

PROCEEDINGS:          _____  In Chambers   X   In Court   ____   By Telephone


Status Hearing - Held.

Motion Hearing/Trial Setting set for 5/12/08 at 2:00 PM  - Vacated.

Gov't Oral Motion to Dismiss Without Prejudice - Granted.


Date          05-07-08                    Maria J. Mirabella for Rick Messig

                                          Deputy's Initials