# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** MAY 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

vs

Nicolas Ramirez-Moreno (1)

CASE NUMBER **08 CR 0784-L**

ABSTRACT OF ORDER

Booking No. **25503180**

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **5/12/08** the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____X_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____X_____ Other. **Dft to remain in custody in 08CR1359-L**

M. JAMES LORENZ
UNITED STATES ~~MAGISTRATE~~ District JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by S. Volkert
Deputy Clerk

Received _____ DUSM

Crim-9  (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

S. VOLKERT

**CLERKS' COPY**